IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IBRAHIM E. BINGOL,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>   Defendants. | Case No. 2:23-cv-03637-SDW-JSA |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending application of the Plaintiff Ibrahim E. Bingol. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ibrahim E. Bingol hereby voluntarily dismisses the instant action with prejudice. Each side to bear their own fees and costs.

SO ORDERED.

_/s/ Susan D. Wigenton_
Hon. Susan D. Wigenton
United States District Judge
Dated: August 29, 2023

*/s/ Russ Nesevich*
Russ Nesevich, Esq.
NJ Bar #01939-2010
Nesevich Law, LLC
300 Chester Avenue, Ste 105
Moorestown, NJ 08057
(856) 439-6223
russ@nesevichlaw.com

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFF**
**IBRAHIM E. BINGOL**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ Russ Nesevich*
Russ Nesevich, Esq., NJ Bar #01939-2010
Nesevich Law, LLC

*/s/ James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC